**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 209 WAL 2019
:
Respondent  :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
TYLER ALLAN OBERT,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.